UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:07CR148 HEA |
| DAVID L. JOHNSON, | ) ) | |
| Defendant, | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant's Motion to Suppress Evidence, [Doc. No.20] and Motion to Suppress Statements, [Doc. 21]. The Court referred this matter to United States Magistrate Judge Frederick R. Buckles for a report and recommendation pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was held on January 18, 2008 before Judge Buckles. On February 20, 2008, Judge Buckles issued his Report and Recommendation that the motions be denied. No objections to the Report and Recommendation have been filed within the prescribed time period.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Buckles as set forth in his February 20, 2008 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence, [Doc. No. 20] and Motion to Suppress Statements, [Doc. No. 21], are **DENIED**.

Dated this 19th day of March, 2008.

_____
  HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE